UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTEMUS BLANKENSHIP,<br><br>                Plaintiff,<br><br>v.<br><br>SONJA M. BLANKENSHIP, et al.,<br><br>                Defendants. | NO: 2:16-CV-0291-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION FOR LACK OF JURISDICTION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

      Magistrate Judge Dimke filed a Report and Recommendation on September 16, 2016, recommending this action be dismissed for lack of jurisdiction and to deny leave to proceed *in forma pauperis* (ECF No. 8). Plaintiff, a *pro se* prisoner at the Salinas Valley State Prison in Soledad, California, attempted to sue the widow and executrix of his father's estate to compel the production of his father's "last will and testament" and it's execution.

      The Court found that Ms. Blankenship's conduct as a private individual, would not subject her to liability under 42 U.S.C .§ 1983. *Gomez v. Toledo*, 446 U.S.

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION FOR LACK OF JURISDICTION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* --1

1  635, 640 (1980); *Ouzts v. Maryland Nat'l Ins. Co.,* 505 F2.d 547, 559 (9th Cir. 1974);

2  *Van Ort v. Estate of Stanewich*, 92 F. 3.d 831, 835 (9th Cir. 1996).   Plaintiff had

3  presented no facts showing the John Doe Defendants, acting under color of state law,

4  violated Plaintiff's constitutional rights. *West v. Atkins*, 487 U.S. 42, 48 (1988).

5  Furthermore, the remedies Plaintiff sought, including property from his deceased

6  father's estate, were matters best deferred to the state probate courts. *Marshall v.*

7  *Marshall*, 547 U.S. 293, 298-299 (2006).

8       Objections to the Report and Recommendation were to be filed no later than

9  September 30, 2016.  There being no objections filed, the Court **ADOPTS** the

10 Report and Recommendation (ECF No. 8). This action is **DISMISSED** and the

11 application to proceed *in forma paupers* (ECF No. 2) is **DENIED.**

12     **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,

13 enter judgment, forward copies to Plaintiff at his last known address and close the

14 file.

15     **DATED** October 14, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION FOR LACK OF JURISDICTION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* --2