AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ARTEMUS BLANKENSHIP,<br>*Plaintiff*<br>v.<br><br>SONJA M. BLANKENSHIP, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)    Civil Action No.   2:16-CV-0291-TOR<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The action is DISMISSED for lack of jurisdiction.   Judgment is entered for Defendants.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     THOMAS O. RICE     on Report and Recommendation
(ECF No. 8)

Date:   October 14, 2016                *CLERK OF COURT*

                                      SEAN F. McAVOY

                                      s/ Linda L. Hansen
                                          *(By) Deputy Clerk*

                                      Linda L. Hansen